Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−28156−VFP
          Chapter: 13
          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Roberto Suriel
   372 N. 7th Street
   Newark, NJ 07107

Social Security No.:
   xxx−xx−2469

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on October 25, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 16 − 5
Order Barring and Dismissing Case for Debtor (related document:5 Show Cause). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice.Barred Debtor Suriel, Roberto starting 10/24/2019 to 4/21/2020 Signed on 10/24/2019. (mcp)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 25, 2019
JAN: mcp

                                                                      Jeanne Naughton
                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Roberto Suriel  
       Debtor

Case No. 19-28156-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Oct 25, 2019  
                 Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2019.  
db           +Roberto Suriel,    372 N. 7th Street,    Newark, NJ 07107-3550

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2019 at the address(es) listed below:  
            Marie-Ann Greenberg    magecf@magtrustee.com  
            Rebecca Ann Solarz    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,  
         N.A., as Trustee Et Al... rsolarz@kmllawgroup.com  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                               TOTAL: 3